# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### Civil _____ DIVISION

RECEIVED
2025 AUG -4 P 6: 02
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Andrew C.J. Chatmon

**PLAINTIFF**

v.

Student Conservation Association

**DEFENDANT**

CASE ACTION NO.: 2:25-cv-604-ECM-JTA

JURY DEMAND (MARK ONE)

☑ YES    ☐ NO

## EEOC COMPLAINT

1. Plaintiff resides at 337 Rebekah Lane, Montgomery, AL 36109

2. Defendant(s)' name(s) Student Conservation

   Location of principal office(s) of the named defendant(s) Atlanta, Ga

   Nature of defendant(s)' business Largest Non-Profit environmental internship job for students.

   Approximate number of individuals employed by defendant(s) _____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☑ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below: _____

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
      X   Not presently employed by the defendant. The dates of employement were
      08/2023 thru 08/2024 _____ Employment was terminated because:

      (1)  X   Plaintiff was discharged.
      (2) _____ Plaintiff was laid off.
      (3) _____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. _____ My race.
   B. _____ My religion.
   C. _____ My sex.
   D. _____ My national origin.
   E. _____ Other, as specified below: Health, medical conditions concernig my Cancer diagnosis
   and Chemotherapy treatment

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Kennedy Reddick, Jr. via Shirley Baxter

8. The alleged discrimination occurred on or about onging the entire year of 2023-2024.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   My health condition did not allow the supervisor to actually do work that I had medical accomadations not to do.

10. The alleged illegal activity took place at Interpretive Center, Montgomery, AL

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about November 01, 2024.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on May 6, 2025.

12. I seek the following relief:

   A.  X  Recovery of back pay.
   B.  X  Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: August 4, 2025

Signature of Plaintiff

337 Rebekah Lane
Montomery, AL 36109
334 425-8687
Address & Telephone Number of Plaintiff