IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW C.J. CHATMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-604-ECM |
| | ) | |
| THE STUDENT CONSERVATION | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On April 9, 2026, Magistrate Judge entered a Recommendation (doc. 23) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.  The Recommendation of the Magistrate Judge (doc. 23) is ADOPTED;

2.  The Defendant's partial motion to dismiss (doc. 19) is DENIED;

3.  This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 14th day of July, 2026.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE